UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:03CR378 CDP |
| ) | |
| KOREY PARKER, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Attorney Patrick Kilgore has entered his appearance to represent the defendant in this matter.

**IT IS HEREBY ORDERED** that attorney Christopher McGraugh's motion to withdraw [#57] is granted.

**IT IS FURTHER ORDERED** that the defendant's motion to continue [#58] is granted and the supervised release revocation hearing as to defendant Korey Parker is reset to **Wednesday February 4, 2009 at 1:00 p.m.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 6th day of January, 2009.