UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:03CR378 CDP |
| ) | |
| KOREY PARKER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant has filed two motions seeking certain documents. I will direct the Clerk of Court to send him the documents that are in the Court's possession, which are the docket sheet and the indictment. The discovery materials he seeks are not in the Court file, and so I cannot send them. Accordingly,

**IT IS HEREBY ORDERED** that defendant's motions for for copies of documents [#70, 71] are granted to the extent set forth above.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 26th day of May, 2009.